United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 7, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60668
Summary Calendar

USMAN MALIK MANSOOR

　　　　　　　Petitioner

　　v.

ALBERTO R GONZALES, US ATTORNEY GENERAL

　　　　　　　Respondent

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 319 915
--------------------

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

　　Usman Malik Mansoor petitions for review of a May 11, 2005,
order of the Board of Immigration Appeals denying his motion to
reopen.  On July 8, 2005, Mansoor filed in the United States
District Court for the Northern District of Texas a 28 U.S.C.
§ 2241 petition seeking to enjoin his removal.  The district
court transferred the action to this court under the authority of
the Real ID Act.  See Real ID Act of 2005, Pub. L. 109-13, 119
Stat. 231, 302-11 (May 11, 2005).  The Real ID Act instructs
district courts to transfer to the appropriate courts of appeals

---

　　[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

all § 2241 petitions challenging final orders of removal, deportation, or exclusion "pending in a district court on the date of the enactment of the Act," May 11, 2005.  119 Stat. 231, 311.  Because Mansoor's § 2241 petition was not pending in the district court on May 11, 2005, the district court's transfer of the case to this court under the REAL ID Act was improper.

We lack jurisdiction over the petition for review because it was not filed within 30 days of the BIA's order denying Mansoor's motion to reopen.  See 8 U.S.C. § 1252(b)(1).  Consequently, Mansoor's petition for review is DISMISSED FOR WANT OF JURISDICTION.